07 CV 4598

JUDGE KAPLAN

284-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
RODINO SHIPPING CO. LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Manuel A. Molina (MM1017)

MAY 31 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RODINO SHIPPING CO. LTD.,

                    Plaintiff,

- against --

UNICORN STEEL FZE,

                    Defendant.
-------------------------------------------------------------x

07 CIV _____ (    )

**RULE 7.1 STATEMENT**

RODINO SHIPPING CO. LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       May 31, 2007

                    FREEHILL HOGAN & MAHAR, LLP
                    Attorneys for Plaintiff
                    RODINO SHIPPING CO. LTD.

By: _____
                    Michael E. Unger (MU 0045)
                    Manuel A. Molina (MM 1017)
                    80 Pine Street
                    New York, NY 10005
                    (212) 425-1900
                    (212) 425-1901 fax

NYDOCS1/284107.1