UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
RODINO SHIPPING CO. LTD.,

                Plaintiff,

-against-

UNICORN STEEL FZE,

                Defendant.
---------------------------------------------------------x

07 CIV 4598 (LAK)

ORDER DIRECTING
RELEASE OF FUNDS
AND DISMISSING ACTION

WHEREAS, the Plaintiff RODINO SHIPPING CO. LTD. commenced this action with a filing of the Verified Complaint on May 31, 2007; and

WHEREAS, on application of the Plaintiff, Process of Maritime Attachment and Garnishment was issued on May 31, 2007, pursuant to Supplemental Rule B, directing the restraint of assets of Defendant UNICORN STEEL, FZE up to the amount of $2,325,294.99; and

WHEREAS, Process of Maritime Attachment and Garnishment was subsequently served on several banking institutions including ABN Amro Bank, American Express Bank, Atlantic Bank of New York, Bank of America, Bank of China, BNP Paribas, Citibank, Deutsche Bank Trust Co., HSBC, HSBC USA Bank NA, JPMorgan Chase Bank, Mashreqbank, Standard Chartered Bank, The Bank of New York, and/or Wachovia Bank; and

WHEREAS, Citibank on or about June 6, 2007, advised that funds in the sum of $400,000 had been restrained by said bank pursuant to the subject Process of Maritime Attachment and Garnishment; and

NYDOCS1/285402 1



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/07

WHEREAS Defendant UNICORN STEEL FZE has not appeared in this action; and

WHEREAS, the Plaintiff and the Defendant have settled their commercial dispute;

NOW, THEREFORE, on application of the Plaintiff RODINO SHIPPING CO. LTD. it is hereby

ORDERED that Citibank is directed to forthwith release the sum of $400,000 restrained on or about June 6, 2007 and wire transferred through the said Bank in accordance with the original wire transfer instructions for such electronic funds transfer;

IT IS FURTHER ORDERED that this action is discontinued without prejudice and without cost to either party.

Dated: New York, New York
June 19, 2007

Honorable Lewis A. Kaplan
United States District Judge

NYDOCS1/285402.1